UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN JEAN MILLER,<br><br>        Petitioner,<br><br>  v.<br><br>JAMES A. HARTLEY,<br><br>        Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:12-cv-01822 JLT<br><br>ORDER TO PLAINTIFF TO VERIFY HIS ADDRESS |

On March 15, 2013, Petitioner filed his traverse (Doc. 15) but the Court has received no further communication from him. The Court's Local Rule 182(f) requires every self-represented litigant to notify the Court of any changes of address. Therefore, the Court **ORDERS**:

1. Within 21 days, Petitioner SHALL file written verification of his current address.

IT IS SO ORDERED.

Dated: **July 1, 2014**              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE